UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CHARLES BRUNI,**

      **Plaintiff,**

              Case No. 2:12-cv-172-FtM-99SPC

**AETNA LIFE INSURANCE COMPANY, A Connecticut Corporation,**

      **Defendant.**

_____

# ERISA CASE ORDER

This case came on for a Preliminary Pretrial Conference on June 13, 2012. At the hearing, the Court discussed the expected progress of this case.

This action is designated a **Track One** case. Track One cases are referred to the assigned Magistrate Judge for management and the entry of a Report and Recommendation. It is

**ORDERED** that, the following deadlines shall be applicable:

| | |
|---|---|
| Submission by Defendant of the Administrative Record for review. Counsel shall indicate which pages of the record contain language which would indicate the appropriate standard of review. | JULY 3, 2012. <br><br> Parties indicate the record is voluminous. The Court gives permission for it to be filed in disk format. |
| Determination by the parties of the applicable standard of review. This may be done either by stipulation if the parties are in agreement, or by notice to the Court if there is a disagreement. | SEPTEMBER 11, 2012 |

| Plaintiff's Motion and Memorandum of Law, Defendant's Cross Motion and Memorandum of Law | SEPTEMBER 11, 2012 |
| --- | --- |
| Defendant's Responsive Memorandum of Law, Plaintiff's Responsive Memorandum of Law | OCTOBER 11, 2012 |

The case will thereafter be taken under advisement.

**DONE AND ORDERED** at Fort Myers, Florida, this  13th   day of June, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record